# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128352

THOMAS M. PROSE,
        Plaintiff-Appellant,

v

                                        SC: 128352
                                        COA: 245823
                                        Oakland CC: 94-488794-CK
                                        51st DC 97-0274-GC

SUN AND SKI MARINA,
        Defendant-Appellee.

_____/

        On order of the Court, the application for leave to appeal the December 9, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

d0919                                                    Clerk